1  James K. Beck, Esq., Bar No. 275071
   LAW OFFICES OF JEANNIE JOUNG
2  3600 Wilshire Boulevard, Suite 1416
   Los Angeles, California 90010
3  Tel: (213) 427-9750
   Fax: (213) 427-9774
4
5  Attorneys for Defendants,
   CHAN HO UM and IN SOOK UM
6  as individuals and as trustees of THE
   CHAN HO UM AND IN SOOK UM
7  LIVING TRUST

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10 JAMES RUTHERFORD,                 )   Case No. 5:19-cv-02414-MWF-KK
11         Plaintiff,                )   **EVIDENCE OF REMEDIATION**
12         vs.                       )
13                                   )
   CHAN HO UM and IN SOOK UM         )
14 as individuals and as trustees of THE )
   CHAN HO UM AND IN SOOK UM         )
15 LIVING TRUST dated July 12, 2019; and )
   DOES 1 to 10,                     )
16                                   )
17         Defendants.               )
18         Defendants, CHAN HO UM and IN SOOK UM as individuals and as trustees of

   THE CHAN HO UM AND IN SOOK UM  LIVING TRUST, hereby submits its evidence of
19
   remediation.
20
         Exhibit "A" Inspection Report.
21
   Dated:  March 24, 2020
22
                              LAW OFFICES OF JEANNIE JOUNG
23
24                            BY: _____
25                                 James K. Beck
                                   Attorneys for Defendant,
26                                 CHAN HO UM and IN SOOK UM
27
28

                                     1

                        **EVIDENCE OF REMEDIATION**

# EXHIBIT A

# JONG PARK    DSA Certified CASp # 136

17419 SONORA AVE, CERRITOS, CA 90703. PH: (562)858-3383  email: adacasp@gmail.com

INSPECTION REPORT                                          Feb 28, 2020   P 1 of 1

Inspection Report for: Chan Ho Um
Property / Business  Site Address: 1338 WEST, 5TH STREET, SAN BERNARDINO, CA 92411
Inspection Category: Accessibility requirements for commercial retail center.
Referenced Standards & Codes: ADA Regulations, 1991 ADA Guidelines, 2010 ADA and 2016 CA Title 24 Standard
Codes part 2.
Use and Occupancy Classification: Commercial Retail Center / ADA Title III-Public Accommodation

Current Inspection Status: "CASp Inspected" / Certified as Compliant.
Area of Inspection: Accessible parking and routes.

Site Address: 1338 WEST, 5TH STREET, SAN BERNARDINO, CA 92411
Current conditions are in compliance with references as addressed below.

1. Existing built-up ramp that was projected into the disabled parking: The existing built-up ramp is removed
from the disabled parking, completed all corrective works, and, current surface conditions on the disabled
parking spaces are in compliance with 2010 ADA Standard Sec 502.4 & 302, and, 2016 CA Title 24 Part 2
Sec11B-502.4 & 302
2. Accessible parking provided on the site: A van and standard accessible parking spaces (2 disable parking spaces)
are provided as required and current conditions are in compliance with 2010 ADA Standard 216.5, 502 and 2016 CA
Title 24 Part 2 Sec11B-216.5 and 11B-502.
3. Dimensions of the accessible parking spaces: Met the required dimensions for both accessible parking spaces and
access aisle, and, in compliance with 2010 ADA STD and CA Title 24 Part 2-11B 502.1 through 502.3.2.
4. Provided International Symbol (ISA) over the surfaces of the accessible parking stalls per ADA STD 2010 and 2016
CA Title 24 Part 2-11B, Sec 502.3 and 502.6.4
5. Paint striping over the accessible parking stalls and aisle: Provided complete paint striping per ADA STD 2010 and
2016 CA Title 24 Part 2-11B, Sec 502.3 and 502.6.4. Current conditions are in compliance.
6. Signage-Identification of parking space for off-street parking facility: Provided required signs that are containing
"International Symbol of Accessibility", "Van Accessible" and "Minimum Fine $250" per 2016 CA Title 24 Part 2-11B-
502.6
7. Properly completed tow away (Unauthorized Vehicle Warning Signs) signs were installed at each driveway entry and
in compliance with 2016 CA Title 24 Part 2-11B-502.8.
8. Provided required access aisle at the passenger side for van accessible parking space and in compliance with 2010
ADA STD and CA Title 24 Part 2-11B, Sec 502.3.4.
9. Arrangement of accessible parking spaces and aisle: both accessible parking spaces are appropriately located and in
compliance with ADA 2010 & CA Title 24 Part Sec 2-11B.
10. Installed a new parallel curb ramp within walkway, and no portion of the ramp is sloped more than 9 %.

Conclusion:  In the opinion of the inspector, the facility and the accessible features listed above are in compliance with
1991 ADA Guidelines, 2010 ADA STD & 2016 CA Title 24, Part 2-11B as addressed above for accessibility
requirements in existing facilities.

Jong D Park. _____ *Jong Dae Park* _____    CASp#136. _____    Feb 28, 2020